# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN BALLOU, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 18-cv-11765-CCC-LDW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** between counsel for the Plaintiff, Susan Ballou, and counsel for Defendant, BMW of North America, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter is dismissed with prejudice as to Plaintiff's claims and without attorneys' fees or costs to any party.

| BUCHANAN INGERSOLL & ROONEY PC | KANTROWITZ GOLDHAMER & GRAIFMAN, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| Christopher J. Dalton | Gary S. Graifman, Esq. |
| 550 Broad Street, Suite 810 | 135 Chestnut Ridge Road, Suite 200 |
| Newark, New Jersey 07102 | Montvale, New Jersey 07645 |
| *Attorneys for Defendant*<br>*BMW of North America, LLC* | *Attorney for Plaintiff*<br>*Susan Ballou* |
| Dated: 7/10/2024 | Dated: July 9, 2024 |